UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RICHARD MARRERO,

              Supervisee.

No. 11-cr-752 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from the government dated March 28, 2023 apprising the Court of the status of Supervisee's pending criminal action. (Doc. No. 70.) IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Thursday, April 6, 2023 at 11:00 a.m., at which time Supervisee shall be presented on the specified violations of supervised release set forth in the Probation Office's report of February 24, 2023. The proceeding will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. The government is directed to coordinate the writ of Supervisee to the Courthouse in advance of the proceeding. IT IS FURTHER ORDERED THAT Mr. Alain Massena, Esq., is appointed as CJA counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee during the pendency of this matter. Mr. Massena shall promptly file a notice of appearance in Case No. 11-cr-752 (RJS).

SO ORDERED.

Dated:      March 28, 2023
               New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation