UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RICHARD MARRERO,

Supervisee.

No. 11-cr-752 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record during this morning's proceeding, IT IS HEREBY

ORDERED THAT Supervisee is released from the custody of the United States Marshals Service

and the Bureau of Prisons to commence home incarceration, with location monitoring, pending

the resolution of his VOSR proceedings.  The technology of the location monitoring shall be

determined at the discretion of the U.S. Probation Office.  Immediately upon release, Supervisee

shall report directly the U.S. Probation Office to be fitted with location monitoring technology.

SO ORDERED.

Dated:      April 6, 2023
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation