UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RICHARD MARRERO,

                Supervisee.

No. 11-cr-752 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    For the reasons stated on the record earlier this afternoon, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of his VOSR proceedings.

SO ORDERED.

Dated:      May 5, 2023
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation