UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RICHARD MARRERO,<br><br>               Supervisee. | No. 11-cr-752 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Friday, May 24, 2024, at 10:00 a.m., at which time it is anticipated that Supervisee will admit to the pending violation of supervised release specified in the Probation Office's report dated February 24, 2023. The proceeding will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    May 8, 2024
             New York, New York

                                                                            RICHARD J. SULLIVAN
                                                                              UNITED STATES CIRCUIT JUDGE
                                                                              Sitting by Designation