UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RICHARD MARRERO,<br><br>                Supervisee. | No. 11-cr-752 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

      Supervisee's motion to adjourn to adjourn sentencing is GRANTED. (Doc. No. 87.) Accordingly, IT IS HEREBY ORDERED THAT the sentencing in this matter, which was previously scheduled for Friday, July 12, 2024, at 10:00 a.m., will now take place on Wednesday, August 28, 2024, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. IT IS FURTHER ORDERED THAT Supervisee shall file his sentencing submission by July 21, 2024 and the government shall submit its response by July 28, 2024. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 87.

SO ORDERED.

Dated:    June 28, 2024
             New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES CIRCUIT JUDGE
                                                        Sitting by Designation