UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RICHARD MARRERO,

Supervisee.

No. 11-cr-752 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from Supervisee dated July 15, 2024 that appears to relate to his upcoming sentencing scheduled for August 28, 2024.  Because Supervisee is represented by counsel, all communications with the Court must come through his counsel.  The Court will forward a copy of the letter to counsel, who shall apprise the Court by August 23, 2024 whether he wishes to make the letter part of his sentencing submission.

SO ORDERED.

Dated:   August 20, 2024
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation