**MASSENA LAW P.C.**
305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
Email: AVM@Massenalaw.com

* Admitted in Federal and
  New York State Courts

August 23, 2024

<u>BY ECF</u>
Honorable Richard J. Sullivan
United States Court of Appeals
for the Second Circuit
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Richard Marrero, 11 CR 752 (RJS)

Dear Judge Sullivan,

    I represent Supervisee Richard Marrero in relation to the above-referenced matter. I write to the Court in response to your Honor's August 20, 2024, Order. The Order seeks counsel's position regarding Mr. Marrero's July 15, 2024, letter submitted to the Court via regular mail. (11 Cr. 752 (RJS), Dkt. 91)

    On behalf of Mr. Marrero, Counsel respectfully requests that the Supervisee's July 15, 2024, letter be incorporated fully into his previously filed sentencing submission.

                                                Respectfully submitted.

                                                *Alain V. Massena*

                                                Alain V. Massena

---

```
The motion is GRANTED. The attached letter from Supervisee, dated July
15, 2024, is hereby incorporated into Supervisee's previously filed
sentencing submission (Doc. No. 89). The Clerk of Court is respectfully
directed to terminate the motion pending at Doc. No. 92.

SO ORDERED.
Dated: August 26, 2024                    _____
New York, New York                        RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation
```

July 15, 2024

Dear Honorable Judge Sullivan;

    I write to you today in my hopes to convey to you my deepest apologies. It is to you that I hold my strongest regret in the fact that I breached a trust. I should have been smarter in my decision making, begining with refusing to go to the emergency room or not accepting pain medication prescribtion. I've always struggled with my addiction and I should have protested harder. But this is all moot now. I would only ask your Honor for his forgiveness and pray that I return home. Also, if possible, can your Honor direct or reccomend drug treatment at the time of my sentencing, and/or Mental Health professionals. Thank you for time.

Sincerely,
Richard Marrero